# Court of Appeals
# of the State of Georgia

ATLANTA,  January 29, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0935. BETTE RIGDON v. MILLIE YOUNG SMITH.**

Bette Rigdon appeals from the trial court's denial of her motion for a new trial in this civil action. We lack jurisdiction because the appeal was not timely filed.

A notice of appeal must be filed within 30 days after entry of the order to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court." *Rivers v. McCullers*, 367 Ga. App. 565, 566 (2) (887 SE2d 411) (2023) (citation and punctuation omitted). The trial court's order was entered on October 20, 2023, but Rigdon did not file her notice of appeal until 80 days later, on January 8, 2024. We therefore lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/29/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*